**STATE of Missouri, Plaintiff/Respondent,**

v.

**Namon TAYLOR, Defendant/Appellant.**

**No. 59145.**

Missouri Court of Appeals, Eastern District, Division One.

March 17, 1992.

Brian N. Brown, John A. Klosterman, St. Louis, for defendant/appellant.

William L. Webster, Atty. Gen., Rudolph R. Rhodes, IV, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

ORDER

PER CURIAM.

Defendant appeals his conviction and sentence for possession of cocaine. We affirm. We have reviewed the record and find the claims of error are without merit. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order pursuant to Rules 30.25(b).